## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **INSURED AIRCRAFT TITLE SERVICE, LLC, a Delaware limited liability company,**<br>        *Plaintiff,* | § § § § | |
| **vs.** | § § | |
| **COMFORT JET AVIATION LTD.; AEROMANAGEMENT INC.; KENT AVIATION LLC; and DASSAULT FALCON JET-WILMINGTON CORP.,**<br>        *Defendants.* | § § § § § § § | **Case No.   CIV-20-742-G** |
| **vs.** | § § | |
| **KENT LUBRICATION CENTERS, LTD.,**<br>        *Third-Party Defendant.* | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comfort Jet Aviation, Ltd., Kent Aviation, LLC, Kent Lubrication Centers, Ltd. and Dassault Falcon Jet-Wilmington Corp. file this joint stipulation of dismissal with prejudice of all claims asserted (and that could have been asserted) by all parties in this cause, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All claims asserted in this cause are therefore immediately dismissed upon the filing of this joint stipulation, without the need for or requirement of further order or other action by this Court.

Respectfully submitted,

/s/ R. Scott Savage, signed by permission
R. Scott Savage, OBA No. 7926
ssavage@moyersmartin.com
Michael E. Esmond, OBA No. 20481
esmond@moyersmartin.com
Randall J. Lewin, OBA No. 16518
MOYERS MARTIN, LLP
401 South Boston Avenue, Suite 1100
Tulsa, OK  74103

Attorneys for Dassault Falcon Jet-
Wilmington Corp

/s/ Geoffrey D. Weisbart
Geoffrey D. Weisbart (Pro Hac Vice)
gweisbart@wshllp.com
Julie A. Springer (Pro Hac Vice)
jspringer@wshllp.com
WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, TX  78701

And

Thomas G. Wolfe, OBA No. 11576
tgwolfe@phillipsmurrah.com
Amy D. White, OBA No. 19255
adwhite@phillipsmurrah.com
PHILLIPS MURRAH P.C.
101 N. Robinson Ave., Suite 1300
Oklahoma City, OK 73102

Attorneys for Kent Aviation LLC

/s/ Douglas A. Rice, signed by permission
Douglas A. Rice, OBA No. 16297
drice@derryberrylaw.com
Adam J. Singer, OBA No. 33272
asinger@derryberrylaw.com
DERRYBERRY QUIGLEY SOLOMON
  & NAIFEH-OKC
4800 N. Lincoln Blvd.
Oklahoma City, OK  73105

Attorneys for Comfort Jet Aviation Limited

/s/ Matthew K. Felty, signed by permission
Matthew K. Felty, OBA No. 31057
mkfelty@lytlesoule.com
Morgan Lawson, OBA No. 35163
lawson@lytlesoule.com
LYTLE SOULÉ & FELTY, P.C.
1200 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102

Attorneys for Kent Lubrication Centers
Ltd.